**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Raul DIAZ–GARCIA, a/k/a Jose Cardenas Saucedo, a/k/a Arnulfo Carrera–Gonzales, a/k/a Jose Alcantor Garcia,
Defendant-Appellant.**

No. 01–6069.

United States Court of Appeals,
Fourth Circuit.

Submitted April 13, 2001.

Decided April 26, 2001.

Raul Diaz–Garcia, pro se. Sandra Jane Hairston, Assistant United States Attorney, Greensboro, NC, for appellee.

Before WILKINS, MICHAEL, and GREGORY, Circuit Judges.

PER CURIAM.

Raul Diaz–Garcia seeks to appeal the district court's order denying his motion for transcripts. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Rule 4(b) of the Federal Rules of Appellate Procedure requires a notice of appeal in a criminal case to be filed within ten days of the entry of the order. The appeal period established by Rule 4(b) is "mandatory and jurisdictional." *See United States v. Raynor,* 939 F.2d 191, 197 (4th Cir.1991).

The district court's order from which Diaz–Garcia seeks to appeal was entered on the docket on August 1, 2000. His notice of appeal was filed on November 9, 2000. Because Diaz–Garcia failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny leave to file in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

*DISMISSED.*